IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD PERRAULT,

    Plaintiff,

v.

STATE OF WISCONSIN, DEBRA K. HALEY, PAULETTE SANDERS, SHERI HICKS, CHERYL ROSE, ELLEN PERRY, JEAN KRAINTZ, M. OLSON, C. VAN BURNE, KURT LINJER, JOHN AND JANE DOES, FOND DU LAC MUNICIPALITY, ALLEN BUECHEL, MARY KARST, ROMONA GEIB AND MARY WOLFE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-144-bbc

---

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Ronald Perrault's claims under 42 U.S.C. § 1983 alleging violations of his Eighth, Fourth, Thirteenth and Fourteenth Amendment rights with prejudice for failure to state a claim. Plaintiff's state law false imprisonment claim is dismissed without prejudice for lack of jurisdiction.

| /s/ | 1/11/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |