NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the
Western District of Wisconsin

Case No. 15-cv-144-bbc

---

RONALD PERRAULT,

    Plaintiff,

v.

STATE OF WISCONSIN,
DEPARTMENT OF CORRECTIONS, et al,
FOND DU LAC MUNICIPALITY, et al,.

    Defendant's.

**NOTICE OF APPEAL**

---

Notice is hereby given that RONALD PERRAULT, Plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment in a civil case entered in this action on the 11 th day of January, 2016.

Dated this 28th day of January, 2016.

Respectfully Submitted,

/s/ Ronald F Perrault

Ronald Perrault #081442
Fox Lake Correctional Inst.
P.O. Box 200
Fox Lake, WI 53933

CC; DOJ/ Weber
    File.